# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                      dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                        ltrust@osbornlawpc.com

January 13, 2026

**VIA ECF**

Honorable Stewart D. Aaron                    Application GRANTED.
United States Magistrate Judge                SO ORDERED.
Southern District of New York                 Dated: January 13, 2026
500 Pearl Street
New York, New York 10007

Re:    *Tyndall v. Commissioner of Social Security,*
       Civil Action 1:25-cv-07366-SDA

Dear Judge Aaron,

       We write on behalf of plaintiff, Nicole Tyndall, and with the consent of the defendant, to request a 75-day extension of time to file plaintiff's motion for judgment on the pleadings which is due on January 21, 2026, per the Court's Standing Scheduling Order. This is the parties' first request for an extension. The Plaintiff requests this extension due to having ten briefs due next week and a heavy caseload with overlapping deadlines in the following weeks.

       After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

1.   Plaintiff to file her motion for judgment on the pleadings on or before: **April 6, 2026**;

2.   Defendant to file its response to plaintiff's motion/cross motion on or before: **June 5, 2026**; and

3.   Plaintiff to file her reply, if any, on or before: **June 19, 2026.**

43 West 43rd Street, Suite 131          Telephone 212-725-9800          osbornlawpc.com
New York, New York 10036                Facsimile  212-500-5115          info@osbornlawpc.com

Thank you for your consideration of this request.

Respectfully submitted,

s/Daniel A. Osborn

Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:    212-725-9800
Facsimile:    212-500-5115
dosborn@osbornlawpc.com

cc: Kristina Danielle Cohn, Esq. (by ECF)